[No. 17863-6-I. Division One. April 27, 1987.]

*In the Matter of the Marriage of* MATLYTOLAT
VORAPHETH, *Respondent, and* VIENG KEO
VORAPHETH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-3-10216-4, Gary M. Little, J., entered Jan-
uary 7, 1986. *Reversed* and *remanded with instructions* by
unpublished opinion per Williams, J. Pro Tem., concurred
in by Dore and Wetherall, JJ. Pro Tem.

[No. 15135-5-I. Division One. April 27, 1987.]

KOONO NEHEMIAH, *Appellant,* v. DEAN OLSON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 84-2-04659-7, Norman W. Quinn, J., entered
July 3, 1984. *Affirmed* by unpublished opinion per Webster,
J., concurred in by Scholfield, C.J., and Swanson, J.

[No. 17707-9-I. Division One. April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
ABRAM MEDINA FERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-00457-1, Faith Enyeart, J., entered
December 6, 1985. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Ringold, A.C.J., and Williams,
J.